**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | |
| (DROSPIRENONE) MARKETING, SALES ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL No. 2100 |
| ) | |

This Document Relates To:

*Jennifer Huska v. Bayer Corporation, et al.*     No. 10-cv-11146-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**     These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 6, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

Digitally signed
by David R.
Herndon
Date: 2015.03.09
12:41:44 -05'00'

BY:   */s/Caitlin Fischer*
        **Deputy Clerk**

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT